```
            UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                             Case No. 09-cr-193-PB

Pamlar Ferreira

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for April 6, 2010, citing the need for additional time to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 6, 2010 to July 7, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The March 22, 2010 final pretrial conference is continued to June 23, 2010 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 22, 2010

cc:  Alfred J.T. Rubega, Esq.
     Bjorn Lange, Esq.
     United States Probation
     United States Marshal